**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lisa Ann Colombe, | ) | |
| | ) | Case No.  1:07-mj-059 |
| Defendant. | ) | |

_____

On December 19, 2008, the Government filed a Motion to Dismiss Complaint.  The court **GRANTS** the Government's motion (Docket No. 3) and **ORDERS** that the complaint be **DISMISSED**.

Dated this 22nd day of December, 2008.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge